UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CIVIL ACTION NO: 4:16-CV-138-JHM-HBB

***ELECTRONICALLY FILED***

WILLIAM STEFAN WHITE, INDIVIDUALLY AND AS
ADMINISTRATOR OF THE ESTATE OF KRYSTAL
BROOK WHITE; A.J.W., A MINOR, BY AND THROUGH
HIS GUARDIAN WILLIAM STEFAN WHITE; A.G.W.,
A MINOR, BY AND THROUGH HER GUARDIAN
WILLIAM STEFAN WHITE                                                    PLAINTIFFS


v.

**NOTICE OF VIDEO DEPOSITION OF
DAVID M. CADES, Ph.D.**


TRANSPORTATION SERVICES, INC.;
GENARO SANCHEZ RAMIREZ, A/K/A/
RAMIREZ S. GENARO; DAVID M. MORALES;
AND TSI LOGISTICA FRONTERIZA                                          DEFENDANTS


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COME the Plaintiffs, by counsel, and pursuant to FRCP 30 et seq., hereby give notice of

that the video and stenographic deposition of Dr. Cades shall be taken on December 18, 2017, at

9:00 am CST, at 525 W. Monroe Street, in Suite 1050, Chicago, Illinois.

Plaintiffs request that, at or before the time of the deposition, the deponent produce his

entire file relating to his review of this matter (cover-to-cover), including but not limited to the

documents listed below.

1.      An up-to-date Curriculum Vitae, including a list of all publications authored by the

        deponent within the proceeding 10 years that relate to any issue in this case.

2.      Any reports, notes or other documents generated by or authored by or for the deponent

        and related to the subject matter of this case.

3.     Any documents that the deponent has relied upon in forming any opinions in this case, including, but not limited to, medical records, correspondence, memoranda, emails, letters, etc.

4.     Any medical articles, literature or publications of any kind that the deponent has relied upon in forming his opinions and/or will rely upon for any testimony at the trial of this action.

5.     Any other documents that the deponent received or reviewed in preparation for this deposition.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF

BY:     /s/ William R. Garmer
        William R. Garmer
        Jerome P. Prather
        John E. Norman
        141 North Broadway
        Lexington, Kentucky  40507
        Telephone:  (859) 254-9352
        Facsimile:    (859) 233-9769
        Email: bgarmer@garmerprather.com
        Email: jprather@garmerprather.com
        Email : jnorman@garmerprather.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Hon. John M. Dunn
Reminger Co., LPA
250 Grandview Drive, Suite 550
Fort Mitchell, KY 41017

Hon. B. Scott Jones, Esq.
Reminger Co., LPA

730 West Main Street, Suite 300
Louisville, Ky  40202

ATTORNEYS FOR DEFENDANTS TRANSPORTATION
SERVICES INC., GENARO SANCHEZ RAMIREZ
A/K/A RAMIREZ S GENARO, DAVID M. MORALES,
AND TSI LOGISTIC FRONTERIZA

BY: ___/s/ William R. Garmer_____
     William R. Garmer